CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sandhill Scientific, Inc.,
a Colorado corporation,

        Plaintiff

v.

Forschungsgesellschaft Fur
Biomedizinische Technik
et al.
        Defendant

Case: 1:07-cv-01722
Assigned To : Sullivan, Emmet G.
Assign. Date : 9/26/2007
Description: General Civil

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for ___Sandhill Scientific, Inc.___, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___Sandhill Scientific, Inc.___, which have any outstanding securities in the hands of the public. ___None___

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_

Signature

C00046
Bar Identification Number

J. Mark Smith
Print Name

1875 Lawrence Street
Address

Denver, CO   80202
City         State         Zip

303-839-1204
Telephone Number