IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:07-cv-01722-EGS

SANDHILL SCIENTIFIC, INC., a Colorado corporation,
9150 Commerce Center Circle
Highlands Ranch, CO 80129

     Plaintiff,

v.

FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK
E.V.HELMHOLTZ INSTITUT, an entity formed under the laws of Fed. Republic of Germany,
JIRI SILNY, a German citizen, and
GUNTER RAU, a German citizen,

     Defendants.

## MOTION FOR SERVICE AND NOTICE ON NON-RESIDENT PATENTEES

The Plaintiff, pursuant to 35 USC 293 requests this Court to authorize service of the Complaint in the within action by the following reasonable means. As Plaintiff has been negotiating over the dispute that is the subject matter of the captioned suit with the Patentees and Assignee through the Defendants' Attorney and has previously provided a copy of the Complaint after it was filed, we request authority to effect service of process upon the Defendants by deliver of a full copy of the complaint and a copy of this Motion and the Court's order authorizing service as outlined below.

This action seeks declaratory relief as to U.S. Pat. No. 5,109,870 issued to Professor Dr. Jiri Silny, Brunssumstr 41 52074, Aachen, Germany, and Professor Dr. Gunter Rau, Fuchserde 50, 52066, Aachen, Germany, on May 5, 1992. Through Plaintiff's associate counsel in Germany, Dr. Ulrich Blumeroder, of the law firm of Grunecker, Kinkeldey, Stockmair, and Schwanhausser, Maximilianstr, 58, D080538,

Munchen, Germany, Plaintiff has been negotiating with the patentees and the owners of this patent, RWTH Aachen (University of Aachen, Germany) and Universitatskinikum Aachen (University Hospital Aachen) as successor to Fur Biomedizinische Technik e.V. (Helmholtz Institute), both of Pauwelstrasse 30, 52074, Aachen, Germany through their attorney Boris Uphoff of the law firm of McDermott, Will and Emery, Nymphenburger Str. 3, 80335, Munchen, Germany. The inventors and assignee/owner are German citizens and entities.

The United States Patent Statute, 35 USC 293, provides:

Every patentee not residing in the United States may file in the Patent and Trademark Office a written designation stating the name and address of a person residing within the United States on whom may be served process or notice of proceedings affecting the patent or rights thereunder. If the person designated cannot be found at the address given in the last designation, or if no person has been designated, the United States district Court for the District of Columbia shall have jurisdiction and summons shall be served by publication or otherwise as the court directs. The court shall have the same jurisdiction to take any action respecting the patent or rights thereunder that it would have if the patentee were personally within the jurisdiction of the court.

By the affidavit of Tuan Nguyen, a patent researcher with PatPro, Inc., 2111 Eisenhower Ave., Suite 404, Alexandria, Virginia, attached as Exhibit A, we set forth the results of an inspection of the U.S. Patent and Trademark Office records for the subject patent. As set forth in Paragraph 7 of said affidavit the patentees have failed to designate, whether in writing or in any other manner, any person with a United States address for service of process for any dispute over this patent. The only assignment is one to the Forschungsgesellschaft Fur Biomedizinische Technik, e.V., (Helmholtz Institute of Biomedicine) Pauwelsstr, D-5100, Aachen, Germany on October 10, 1989.

In order to formally serve the Defendants, all of whom are German citizens, we request the court's approval of the following method of service as fair and competent service of the within action under the circumstances:

Service of the Complaint and a copy of this Motion and Court's order authorizing this service by:

Facsimile and a hard copy by DHL courier or other commercial service upon the Defendants' attorney at his business office, as listed above, requesting a written acknowledgement of receipt and acceptance of service on behalf of the Defendants, including designation of the correct name of any claimant to the patent or patent rights in the U.S., said acceptance to be filed with the Court;

In the event Defendants' counsel cannot or will not provide a signed receipt and accept this as sufficient service on behalf of all actual Defendants, then Plaintiff shall deliver the above by DHL or other commercial courier, who will obtain signatures acknowledging the Defendants' receipt, upon the following persons and entities:

Patentee Professor Dr. Jiri Silny, at the above listed address,

Patentee Professor Dr. Gunter Rau, at the above listed address,

Assignee/Owner Universitatsklinikum Aachen (University Hospital Aachen) and RWTH Aachen (University Aachen) attention the Der Kaufmannische Direktor (Commercial Director) at the above listed address, and

Their attorney Dr. Boris Uphoff at the above listed address.

Copies of the signed receipts to be filed with the Court.

{00278637.DOC1}

**Wherefore**, having set forth the factual and legal basis for its Motion, Plaintiffs request entry of an order authorizing service of process by the above means as requested or as the Court may direct.

DATED: November 13, 2007.

                                Respectfully submitted,

                                By:    s/J. Mark Smith
                                   *J. Mark Smith, Bar No. CO0046*
                                   Pendleton, Friedberg, Wilson &
                                   Hennessey, P.C.
                                   1875 Lawrence Street, Tenth Floor
                                   Denver, Colorado 80202
                                   Telephone: 303-839-1204
                                   Facsimile: 303-831-0786
                                   Email: msmith@penberg.com
                                   and
                                   Cochran, Freund and Young, LLC
                                   4450 Arapahoe Avenue, Suite 100
                                   Boulder, Colorado 80303
                                   Telephone: 303-448-8889
                                   Facsimile: 970-492-1101

                                   ATTORNEYS FOR PLAINTIFF
                                   SANDHILL SCIENTIFIC, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:07-cv-01722

SANDHILL SCIENTIFIC, INC., a Colorado corporation,
9150 Commerce Center Circle
Highlands Ranch, CO 80129

    Plaintiff,

v.

FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK E.V.HELMHOLTZ
INSTITUT, an entity formed under the laws of Fed. Republic of Germany,
JIRI SILNY, a German citizen, and
GUNTER RAU, a German citizen,

    Defendants.

---

### AFFIDAVIT OF TUAN NGUYEN

---

I, Tuan Nguyen, for my affidavit in the above matter state under oath the following:

1. I am a patent researcher with PatPro, Inc., located in Alexandria, Virginia at 2111 Eisenhower Avenue, Suite 404.

2. I am familiar with the U.S. Patent and Trademark Office procedures and files.

3. I have no interest in either of the parties to this case.

4. At the request of James Young, Esq. of Fort Collins, Colorado, who I understand to be outside counsel for the Plaintiff Sandhill Scientific, Inc., I inspected the official patent file for U.S. Pat. No. 5,109,870, entitled "Apparatus for and Method of Motility and Peristalsis Monitoring" issued to Dr. Jiri Silny of Brunssumstrasse 41, D-5100 Aachen, Germany, and Dr. Gunter Rau of Fuchserde 50, D-5100 Aachen, Germany.

{00272570.DOC2}


EXHIBIT A

5. I determined that there was only one assignment of this U.S. patent and it assigned the patent, including all rights thereto, to Forschungsgesellschaft Fur Biomedizinische Technik e.V. (Helmholtz Institute) having a place of business at Pauwelsstr, D-5100 Aachen, Federal Republic of Germany on October 10, 1989 and that they are the current owner of record.

6. A copy of the Assignment is attached as Exhibit A.

7. In reviewing the official file I determined that there were no written designations whether by name and address or by description of a person or entity residing in the United States on whom service of process may be made that would comply with the requirement of 35 U.S.C. § 293.

I hereby affirm, under penalty of perjury, that the above facts are true and accurate.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tuan Nguyen

COMMONWEALTH OF VIRGINIA    )
                            ) ss.
COUNTY OF __Arlington__     )

Subscribed and sworn to before me this 25th day of October, 2007.

WITNESS my hand and official seal.

My commission expires: May 31, 2010

[SEAL]

_____
Notary Public

SHAHID ASLAM
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 31, 2010
COMMISSION # 7025582

{00272570.DOC2}

ASSIGNMENT OF ENTIRE INTEREST

ATTORNEY'S DOCKET No.        TMS 003

WHEREAS I, as a below named inventor, having invented certain new and useful improvements for which an application for United States Letters Patent is being filed concurrently herewith entitled <u>Catheter for Motility and Peristalsis Measurements</u>:

WHEREAS, FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK e.V., (the Assignee) having a place of business at Pauwelsstr., D-5100 Aachen, Federal Republic of Germany desires to acquire the entire right, title and interest in and to said invention and application and any Letters Patent related thereto that may issue in the United States and in any and all foreign countries.

NOW, THEREFORE, in consideration of the sum of TEN DOLLARS to me in hand paid, the receipt of which is hereby acknowledged, and other good and valuable consideration, I have sold, transferred and assigned, and by these presents do sell, transfer and assign to the Assignee the full and exclusive, worldwide right, title and interest to said invention and any and all Letters Patent which may be granted therefore upon this application in the United States and any foreign country and any and all divisions, reissues, continuations, continuations-in-part, and extensions thereof.

I HEREBY AUTHORIZE and request the Commissioner of Patents and Trademarks of the United States and any and all foreign countries to deal exclusively with the Assignee during

TMS 003 (ASSIGNMT)                                                    Page -1-

## ASSIGNMENT OF ENTIRE INTEREST

prosecution of said application(s) and issue any and all of said Letters Patent, when granted, to said Assignee.

FURTHER, I agree that I will communicate to the Assignee or its representatives any facts known to me respecting the invention and, at the expense of the Assignee, testify in any legal proceedings, sign all lawful papers, execute all divisions, continuations, continuations-in-part, substitutions, renewal and reissue applications, execute all necessary assignment papers to cause any and all Letters Patent to be issued to the Assignee, make all rightful oaths and declarations and generally do everything necessary or desirable to aid the Assignee, its licensees, successors and assigns, to obtain and enforce proper protection for said invention in all countries in the world.

IN TESTIMONY WHEREOF, I have set my hand hereto on the date first written by my signature.

Inventor No. 1.   _____   10/16/89.
                  Dr. Jiri Silny
                  Brunssumstrasse 41
                  D-5100 Aachen
                  Germany

Inventor No. 2.   _____   10/16/89.
                  Prof. Dr. Günter Rau
                  Fuchserde 50
                  D-5100 Aachen
                  Germany

RECORD
PATENT &
OCT 23 89

TMS.003 (ASSIGNMT)                                            Page -2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:07-cv-01722-EGS

SANDHILL SCIENTIFIC, INC., a Colorado corporation,
9150 Commerce Center Circle
Highlands Ranch, CO 80129

    Plaintiff,

v.

FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK
E.V.HELMHOLTZ INSTITUT, an entity formed under the laws of Fed. Republic of Germany,
JIRI SILNY, a German citizen, and
GUNTER RAU, a German citizen,

    Defendants.

## ORDER REGARDING MOTION FOR SERVICE AND NOTICE ON NON-RESIDENT PATENTEES

Pursuant to 35 USC 293, upon the Motion of the Plaintiffs, the Defendants may be served with process in the captioned case as follows:

1.    Facsimile and a hard copy by DHL courier or other commercial service upon the Defendants' attorney, Dr. Boris Uphoff, at his business office, McDermott, Will and Emery, Nymphenburger Str. 3, 80335, Munchen, Germany, whereby said counsel will acknowledge receipt and acceptance of service on behalf of the Defendants, including designation of the correct name of any claimant to the patent or patent rights in the U.S., said acceptance to be filed with the Court.

If not returned within 2 weeks from the date of delivery, then:

{00278639.DOC1}

2.     In the event Defendants' counsel cannot or will not provide a signed receipt and accept this as sufficient service on behalf of all actual Defendants, then Plaintiff shall deliver the above by DHL or other commercial courier, who will obtain signatures acknowledging the Defendants' receipt, upon the following persons and entities:

Patentee Professor Dr. Jiri Silny, at Brunssumstr 41, 52074, Aachen, Germany,

Patentee Professor Dr. Gunter Rau, at Fuchserde 50, 52066, Aachen, Germany,

Assignee/Owner Universitatsklinikum Aachen (University Hospital Aachen) and RWTH Aachen (University Aachen) attention the Der Kaufmannische Direktor (Commercial Director) at Pauwelstrasse 30, 52074, Aachen, Germany, and

Their attorney Dr. Boris Uphoff at the law firm of McDermott, Will and Emery, Nymphenburger Str. 3, 80335, Munchen, Germany.

Copies of the signed receipts to be filed with the Court.

The above method for service is hereby authorized. If, when attempting service, Plaintiff learns of additional Defendants who claim to have an interest in the U.S. Pat. No. 5,109,870, or if they learn of new or different addresses for the patentees, assignees, or their attorney, Plaintiff's counsel shall file a Status Report Motion setting forth the new or different information. In any event Plaintiff shall file a status report within 30 days of this Order.

Done this ___ day of _____, 2007.

_____
District Court Judge

{00278639.DOC1}