IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:07-cv-01722-EGS

SANDHILL SCIENTIFIC, INC., a Colorado corporation,
9150 Commerce Center Circle
Highlands Ranch, CO 80129

    Plaintiff,

v.

FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK
E.V.HELMHOLTZ INSTITUT, an entity formed under the laws of Fed. Republic of Germany,
JIRI SILNY, a German citizen, and
GUNTER RAU, a German citizen,

    Defendants.

**FILED**
DEC - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**ORDER REGARDING MOTION FOR SERVICE AND NOTICE ON NON-RESIDENT PATENTEES**

---

Pursuant to 35 USC 293, upon the Motion of the Plaintiffs, the Defendants may be served with process in the captioned case as follows:

1.    Facsimile and a hard copy by DHL courier or other commercial service upon the Defendants' attorney, Dr. Boris Uphoff, at his business office, McDermott, Will and Emery, Nymphenburger Str. 3, 80335, Munchen, Germany, whereby said counsel will acknowledge receipt and acceptance of service on behalf of the Defendants, including designation of the correct name of any claimant to the patent or patent rights in the U.S., said acceptance to be filed with the Court.

If not returned within 2 weeks from the date of delivery, then:

{00278639.DOC1}

2. In the event Defendants' counsel cannot or will not provide a signed receipt and accept this as sufficient service on behalf of all actual Defendants, then Plaintiff shall deliver the above by DHL or other commercial courier, who will obtain signatures acknowledging the Defendants' receipt, upon the following persons and entities:

Patentee Professor Dr. Jiri Silny, at Brunssumstr 41, 52074, Aachen, Germany,

Patentee Professor Dr. Gunter Rau, at Fuchserde 50, 52066, Aachen, Germany,

Assignee/Owner Universitatsklinikum Aachen (University Hospital Aachen) and RWTH Aachen (University Aachen) attention the Der Kaufmannische Direktor (Commercial Director) at Pauwelstrasse 30, 52074, Aachen, Germany, and

Their attorney Dr. Boris Uphoff at the law firm of McDermott, Will and Emery, Nymphenburger Str. 3, 80335, Munchen, Germany.

Copies of the signed receipts to be filed with the Court.

The above method for service is hereby authorized. If, when attempting service, Plaintiff learns of additional Defendants who claim to have an interest in the U.S. Pat. No. 5,109,870, or if they learn of new or different addresses for the patentees, assignees, or their attorney, Plaintiff's counsel shall file a Status Report Motion setting forth the new or different information. In any event Plaintiff shall file a status report within 30 days of this Order.

{00278639.DOC1}

Done this 5th day of December, 2007.

_____
District Court Judge

{00278639.DOC1}