IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:07-cv-01722-EGS

SANDHILL SCIENTIFIC, INC., a Colorado corporation,
9150 Commerce Center Circle
Highlands Ranch, CO  80129

    Plaintiff,

v.

FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK
E.V.HELMHOLTZ INSTITUT, an entity formed under the laws of Fed. Republic of Germany,
JIRI SILNY, a German citizen, and
GUNTER RAU, a German citizen,

    Defendants.

## STATUS REPORT

The Plaintiff, pursuant to the Court's Order dated December 5, 2007, files this Status Report.

On January 8, 2008, Dr. Ulrich Blumenröder mailed the Waiver and Acceptance of Service to Dr. Boris Uphoff, attorney for the Defendants.

On behalf of all existing defendants, Dr. Uphoff signed the Waiver and Acceptance of Service, attached as Exhibit A, on January 10, 2008, returned it to Dr. Blumenröder and agreed that the defendants will file their response to the Complaint within 90 days of January 10, 2008.

Dr. Uphoff deleted reference to Forschungsgesellschaft für Biomedizinische Technik e.V. Helmholtz Institut as it no longer exists as a legal entity.

DATED: January 17, 2008.

        Respectfully submitted,


By:   <u>s/ J. Mark Smith</u>

***J. Mark Smith, Bar No. CO0046***
Pendleton, Friedberg, Wilson & Hennessey, P.C.
1875 Lawrence Street, Tenth Floor
Denver, Colorado 80202
Telephone: 303-839-1204
Facsimile: 303-831-0786
Email: msmith@penberg.com
and
Cochran, Freund and Young, LLC
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303
Telephone: 303-448-8889
Facsimile: 970-492-1101

ATTORNEYS FOR PLAINTIFF
SANDHILL SCIENTIFIC, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2008, a true and correct copy of the foregoing Status Report was filed electronically via CM/ECF in the United States District Court for the District of Columbia, with notice of same being deposited in the U.S. Mail, first class, postage prepaid, addressed to:

Dr. Boris Uphoff
McDermott Will & Emery
Nymphenburger Str. 3
80335 Munich
Germany

        <u>s/ J. Mark Smith</u>

{00290736.DOC1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:07-cv-01722-EGS

SANDHILL SCIENTIFIC, INC., a Colorado corporation,
9150 Commerce Center Circle
Highlands Ranch, CO 80129

    Plaintiff,

v.

FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK E.V.HELMHOLTZ
INSTITUT, an entity formed under the laws of Fed. Republic of Germany,
JIRI SILNY, a German citizen, and
GUNTER RAU, a German citizen,

    Defendants.

## WAIVER AND ACCEPTANCE OF SERVICE

The undersigned, Boris Uphoff of the law firm of McDermott, Will and Emery, herewith accepts service of the Complaint, Motion for Service and Notice on Non-Resident Patentees and the Court's Order regarding said Motion, in the above-referenced proceeding, on behalf of Defendants ~~Forschungsgesellschaft Fur Biomedizinische Technik E.V.Helmholtz Institut,~~ Jiri Silny and Gunter Rau, and RWTH Aachen (University of Aachen, Germany) and Universitatsklinikum Aachen (University Hospital Aachen) ~~as successors to Forschungsgesellschaft Fur Biomedizinische Technik e.V. Helmholtz Institute,~~ and hereby waives personal service of a summons with respect to same.

{00288376.DOC1}

**EXHIBIT A**

DATED this 10 day of ~~December, 2007.~~ January 2008

By: _____
Dr. Boris Uphoff
McDermott, Will and Emery
Nymphenburgr Str. 3
80335, Munchen
Germany
Telephone: +49 89 127 12181
Facsimile: +49 89 127 12117

{00288376.DOC1}