IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandhill Scientific, Inc.                           :

      Plaintiff                                  :

vs.                                                  :   Case No.:  1:07-CV-01722

Forschungsgesellschaft Fur                          :
Biomedizinische Technik E.V. Hemholtz               :
Institut                                             :

      Defendant                                  :

**NOTICE OF APPEARANCE**

    Please enter the appearance of Paul Devinsky for the Defendant, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut.

Date:   March 26, 2008

                                              Respectfully submitted,

                                              /s/ Paul Devinsky_____
                                              Paul Devinsky – D.C. Bar No. 250373
                                              McDermott Will & Emery LLP
                                              600 Thirteenth Street, N.W.
                                              Washington, D.C.  20005-3096
                                              202.756.8369
                                              202.756.8087 (Facsimile)

                                              COUNSEL FOR DEFENDANT

WDC99 1547192-1.080053.0011

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2008, a copy of the foregoing **NOTICE OF APPEARANCE FOR PAUL DEVINSKY** was served by first class mail, postage prepaid, on the following:

>J. Mark Smith
>PENDLETON, FRIEDBERG, WILSON & HENNESSEY, P.C.
>1875 Lawrence Street
>10th Floor
>Denver, CO 80202
>(303) 839-1204
>Email: msmith@penberg.com

Dated: March 26, 2008

>Respectfully Submitted,
>
>           /s/ Paul Devinsky
>Paul Devinsky (D.C. Bar No. 250373)
>McDermott Will & Emery LLP
>600 Thirteenth Street, N.W.
>Washington, D.C. 20005-3096
>202.756.8369
>202.756.8087 (Facsimile)
>
>COUNSEL FOR DEFENDANT