IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sandhill Scientific, Inc. | : |
|     Plaintiff | : |
| vs. | : Case No.: 1:07-CV-01722 |
| Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut | : : : |
|     Defendant | : |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut, through counsel, respectfully moves this Court for a one (1) month extension of time until April 28, 2008 to file its reply. In support of this Motion, Plaintiff states the following:

    1. That on March 26, 2008 Defendant, through counsel, contacted Plaintiff's counsel, J. Mark Smith, who stated Plaintiff does not oppose this Motion.

    2. That parties are in serious and apparently final stage negotiations directed to a settlement of this matter.

    3. Accordingly, Defendant requests an extension of time up to and including April 28, 2008 in which to file a reply in this matter.

A proposed Order is attached herewith.

Date:   March 26, 2008

                                              Respectfully submitted,

/s/ Paul Devinsky
Paul Devinsky – D.C. Bar No. 250373
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005-3096
202.756.8369
202.756.8087 (Facsimile)

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March 2008, a copy of the foregoing **UNOPPOSED MOTION FOR AN EXTENSION OF TIME** was served by first class mail, postage prepaid, on the following:

>J. Mark Smith
>PENDLETON, FRIEDBERG, WILSON & HENNESSEY, P.C.
>1875 Lawrence Street
>10th Floor
>Denver, CO 80202
>(303) 839-1204
>Email: msmith@penberg.com

Dated: March 26, 2008

Respectfully Submitted,

/s/ Paul Devinsky
Paul Devinsky (D.C. Bar No. 250373)
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202.756.8369
202.756.8087 (Facsimile)

COUNSEL FOR DEFENDANT

IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandhill Scientific, Inc.                                :

    Plaintiff                                      :

vs.                                                            :    Case No.: 1:07-CV-01722

Forschungsgesellschaft Fur                       :
Biomedizinische Technik E.V. Hemholtz   :
Institut                                                     :

    Defendant                                   :

### PROPOSED ORDER

This matter having come before the Court on Defendant's, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut, unopposed motion for an extension of time to file a reply and it appearing in the interests of justice that the motion should be granted, it is hereby **ORDERED** that the Defendant's motion be granted.

And it is further **ORDERED** that Defendant shall file its reply on or before April 28, 2008.

**SO ORDERED**.

Dated: March ___, 2008.        _____
                                                       Emmet G. Sullivan

WDC99 1547178-1.080053.0011