IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandhill Scientific, Inc.            :

    Plaintiff                           :

vs.                                  : Case No.: 1:07-CV-01722

Forschungsgesellschaft Fur           :
Biomedizinische Technik E.V. Hemholtz :
Institut                             :

    Defendant                           :

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut, through counsel, respectfully moves this Court for a four (4) day extension of time until May 9, 2008 to file its reply. In support of this Motion, Plaintiff states the following:

    1. That on May 5, 2008 Defendant, through counsel, contacted Plaintiff's counsel, J. Mark Smith, who stated Plaintiff does not oppose this Motion.

    2. That parties have reached an agreement to settle this matter. A signed Agreement was forwarded from defendant to plaintiff, Sandhill Scientific, Inc. However, as of today defendant has not yet received the counter-signed copy from Sandhill.

    3. Accordingly, Defendant requests a four (4) day extension of time up to and including May 9, 2008 in which to file an Answer or other response in this matter.

     A proposed Order is attached herewith.

Date:  May 5, 2008

                                                       Respectfully submitted,

                                                       /s/ Paul Devinsky
                                                     Paul Devinsky – D.C. Bar No. 250373
                                                     McDermott Will & Emery LLP
                                                     600 Thirteenth Street, N.W.
                                                     Washington, D.C.  20005-3096
                                                     202.756.8369
                                                     202.756.8087 (Facsimile)

                                                     COUNSEL FOR DEFENDANT

IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandhill Scientific, Inc.          :

    Plaintiff                :

vs.                                 : Case No.: 1:07-CV-01722

Forschungsgesellschaft Fur          :
Biomedizinische Technik E.V. Hemholtz :
Institut                            :

    Defendant                :

## PROPOSED ORDER

This matter having come before the Court on Defendant's, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut, unopposed motion for an extension of time to file an Answer or other response and it appearing in the interests of justice that the motion should be granted, it is hereby **ORDERED** that the Defendant's motion be granted.

And it is further **ORDERED** that Defendant shall file its reply on or before May 9, 2008.

**SO ORDERED**.


Dated: May ___, 2008.          _____
                                          Emmet G. Sullivan

WDC99 1563334-1.080053.0011

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2008, a copy of the foregoing **UNOPPOSED MOTION FOR AN EXTENSION OF TIME** was served by first class mail, postage prepaid, on the following:

J. Mark Smith
PENDLETON, FRIEDBERG, WILSON & HENNESSEY, P.C.
1875 Lawrence Street
10th Floor
Denver, CO 80202
(303) 839-1204
Email: msmith@penberg.com


Dated: May 5, 2008

                                        Respectfully Submitted,

                                        _____/s/ Paul Devinsky_____
Paul Devinsky (D.C. Bar No. 25073)
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
202.756.8369
202.756.8087 (Facsimile)

COUNSEL FOR DEFENDANT

WDC99 1560104-1.080053.0011