IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandhill Scientific, Inc.                    :

    Plaintiff                            :

vs.                                          : Case No.: 1:07-CV-01722

Forschungsgesellschaft Fur                   :
Biomedizinische Technik E.V. Hemholtz        :
Institut                                     :

    Defendant                            :

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut, through counsel, respectfully moves this Court for a one (1) week extension of time until May 16, 2008 to file its reply. In support of this Motion, Plaintiff states the following:

    1. That on May 9, 2008 Defendant, through counsel, spoke to Sandhill's German counsel, Dr. Blumenroeder, who stated Plaintiff does not oppose this Motion.

    2. That parties have reached an agreement to settle this matter. A signed Agreement was forwarded from defendant to plaintiff, Sandhill Scientific, Inc. However, as of today, the parties are still in the process of obtaining all necessary executions to the Agreement.

    3. Accordingly, Defendant requests a one (1) week extension of time up to and including May 16, 2008 in which to file an Answer or other response in this matter.

A proposed Order is attached herewith.

Date: May 9, 2008

                                                Respectfully submitted,

                                                /s/ Paul Devinsky
                                                Paul Devinsky – D.C. Bar No. 250373
                                                McDermott Will & Emery LLP
                                                600 Thirteenth Street, N.W.
                                                Washington, D.C. 20005-3096
                                                202.756.8369
                                                202.756.8087 (Facsimile)

                                                COUNSEL FOR DEFENDANT

IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandhill Scientific, Inc.            :

    Plaintiff                     :

vs.                                  : Case No.: 1:07-CV-01722

Forschungsgesellschaft Fur           :
Biomedizinische Technik E.V. Hemholtz :
Institut                             :

    Defendant                    :

## PROPOSED ORDER

This matter having come before the Court on Defendant's, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut, unopposed motion for an extension of time to file an Answer or other response and it appearing in the interests of justice that the motion should be granted, it is hereby **ORDERED** that the Defendant's motion be granted.

And it is further **ORDERED** that Defendant shall file its reply on or before May 16, 2008.

**SO ORDERED.**

Dated: May ___, 2008.                 _____
                                                         Emmet G. Sullivan

WDC99 1565489-1.080053.0011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2008, a copy of the foregoing **UNOPPOSED MOTION FOR AN EXTENSION OF TIME** was served by first class mail, postage prepaid, on the following:

>J. Mark Smith
>PENDLETON, FRIEDBERG, WILSON & HENNESSEY, P.C.
>1875 Lawrence Street
>10th Floor
>Denver, CO 80202
>(303) 839-1204
>Email: msmith@penberg.com

Dated: May 9, 2008

>Respectfully Submitted,
>
>_____/s/ Paul Devinsky_____
>Paul Devinsky (D.C. Bar No. 25073)
>McDermott Will & Emery LLP
>600 Thirteenth Street, N.W.
>Washington, D.C. 20005-3096
>202.756.8369
>202.756.8087 (Facsimile)
>
>COUNSEL FOR DEFENDANT

WDC99 1560104-1.080053.0011