IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandhill Scientific, Inc.           :

    Plaintiff                   :

vs.                                  : Case No.: 1:07-CV-01722

Forschungsgesellschaft Fur           :
Biomedizinische Technik E.V. Hemholtz :
Institut                             :

    Defendant                  :

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut, through counsel, respectfully moves this Court for a one (1) week extension of time until May 23, 2008 to file its reply. In support of this Motion, Plaintiff states the following:

    1. Sandhill has not yet returned an executed Agreement to counsel for Defendant.

    2. The parties are still in the process of obtaining all necessary executions to the Agreement and next week includes a German bank holiday.

    3. Sandhill's German counsel, Dr. Blumenroeder agrees to the present extension.

    4. Accordingly, Defendant requests a one (1) week extension of time up to and including May 23, 2008 in which to file an Answer or other response in this matter.

      A proposed Order is attached herewith.

Date:  May 16, 2008

                                              Respectfully submitted,

                                              /s/ Paul Devinsky
                                            Paul Devinsky – D.C. Bar No. 250373
                                            McDermott Will & Emery LLP
                                            600 Thirteenth Street, N.W.
                                            Washington, D.C.  20005-3096
                                            202.756.8369
                                            202.756.8087 (Facsimile)

                                            COUNSEL FOR DEFENDANT

IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Sandhill Scientific, Inc.          :

    Plaintiff                  :

vs.                                : Case No.: 1:07-CV-01722

Forschungsgesellschaft Fur         :
Biomedizinische Technik E.V. Hemholtz :
Institut                           :

    Defendant                  :

## PROPOSED ORDER

This matter having come before the Court on Defendant's, Forschungsgesellschaft Fur Biomedizinische Technik E.V. Hemholtz Institut, unopposed motion for an extension of time to file an Answer or other response and it appearing in the interests of justice that the motion should be granted, it is hereby **ORDERED** that the Defendant's motion be granted.

And it is further **ORDERED** that Defendant shall file its reply on or before May 16, 2008.

**SO ORDERED.**


Dated: May ___, 2008.           _____
                                Emmet G. Sullivan

WDC99 1568653-1.080053.0011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2008, a copy of the foregoing **UNOPPOSED MOTION FOR AN EXTENSION OF TIME** was served by first class mail, postage prepaid, on the following:

    J. Mark Smith
    PENDLETON, FRIEDBERG, WILSON & HENNESSEY, P.C.
    1875 Lawrence Street
    10th Floor
    Denver, CO 80202
    (303) 839-1204
    Email: msmith@penberg.com

Dated: May 16, 2008

                                          Respectfully Submitted,

                                          /s/ Paul Devinsky
                                          Paul Devinsky (D.C. Bar No. 25073)
                                          McDermott Will & Emery LLP
                                          600 Thirteenth Street, N.W.
                                          Washington, D.C. 20005-3096
                                          202.756.8369
                                          202.756.8087 (Facsimile)

                                          COUNSEL FOR DEFENDANT

WDC99 1560104-1.080053.0011