IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:07-cv-01722-EGS

SANDHILL SCIENTIFIC, INC., a Colorado corporation,
9150 Commerce Center Circle
Highlands Ranch, CO 80129

    Plaintiff,

v.

FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK E.V.HELMHOLTZ INSTITUT, an entity formed under the laws of Fed. Republic of Germany,
JIRI SILNY, a German citizen, and
GUNTER RAU, a German citizen,

    Defendants.

---

**STIPULATED MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

---

Plaintiff Sandhill Scientific, Inc., and Defendants Jiri Silny, Gunter Rau, and RWTH Aachen (University of Aachen, Germany) and Universitatskinikum Aachen (University Hospital Aachen) as successors to Forschungsgesellschaft fur Biomedizinische Technik E.V.Helmholtz Institut, have entered into a Settlement Agreement that resolves all claims and disputes between them.

The parties therefore respectfully and jointly request that the Court enter an order dismissing all claims by and between the parties, <u>without prejudice</u>, and indefinitely vacate all scheduled deadlines and dates in this matter.

{00294162.DOC1}

DATED this 13th day of June, 2008.

Respectfully submitted,

By:  s/ J. Mark Smith
     J. Mark Smith, Bar No. CO0046
     Pendleton, Friedberg, Wilson & Hennessey, P.C.
     1875 Lawrence Street, Tenth Floor
     Denver, CO 80202
     Telephone: 303-839-1204
     Facsimile: 303-831-0786
     Email: msmith@penberg.com

     and

     Cochran, Freund and Young, LLC
     4450 Arapahoe Avenue, Suite 100
     Boulder, CO 80303
     Telephone: 303-448-8889
     Facsimile: 970-492-1101

     *ATTORNEYS FOR PLAINTIFF*

By:  s/ Paul Devinsky
     Paul Devinsky – D.C. Bar No. 250373
     McDermott Will & Emery LLP
     600 Thirteenth Street, N.W.
     Washington, D.C. 20005-3096
     Telephone: 202-756-8369
     Facsimile: 202-756-8087

     and

     Dr. Boris Uphoff
     McDermott, Will and Emery
     Nymphenburgr Str. 3
     80335, Munchen
     Germany
     Telephone: +4989 127 12181
     Facsimile: +4989 127 12117

     *ATTORNEYS FOR DEFENDANTS*

{00294162.DOC1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 1:07-cv-01722-EGS

SANDHILL SCIENTIFIC, INC., a Colorado corporation,
9150 Commerce Center Circle
Highlands Ranch, CO 80129

    Plaintiff,

v.

FORSCHUNGSGESELLSCHAFT FUR BIOMEDIZINISCHE TECHNIK E.V.HELMHOLTZ
INSTITUT, an entity formed under the laws of Fed. Republic of Germany,
JIRI SILNY, a German citizen, and
GUNTER RAU, a German citizen,

    Defendants.

---

### PROPOSED ORDER

    This matter having come before the Court on the parties' Stipulated Motion for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1), and the Court having reviewed said Motion, the file and now being fully advised,

    GRANTS the Motion and ORDERS and DISMISSES the above-referenced matter without prejudice.

DATED: _____

                                                          BY THE COURT

                                                      _____

Parties to be notified when Order of Dismissal is granted:

Paul Devinsky
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096

J. Mark Smith
Pendleton, Friedberg, Wilson & Hennessey PC
1875 Lawrence Street, 10th Floor
Denver, CO 80202

{00298521.DOC1}